Maria S. Masigla, P.T., as Assignee of Koukharenko, Alexander, Appellant,
against
ELRAC, Inc., Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Smith & Brink, P.C. (Richard J. Steigman, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered August 4, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint.
Plaintiff's argument regarding the completeness of the denial of claim forms offered by defendant in support of its motion is raised for the first time on appeal and is, in any event, without merit (see Natural Therapy Acupuncture, P.C. v Interboro Ins. Co., 36 Misc 3d 135[A], 2012 NY Slip Op 51350[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]). With regard to the claims that were denied based upon plaintiff's failure to submit them to defendant within the time frame required by 11 NYCRR 65—2.4 (c), contrary to plaintiff's argument on appeal, its own papers demonstrate that the claims were submitted more than 45 days after the [*2]dates on which the services had been rendered. 
Accordingly, the order is affirmed. 
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 08, 2017